# United States District Court
### EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | 5:18-CR-5 (3) |
| | § | |
| **NORMAN SPRUIELL** | § | |

## ORDER ADOPTING
## THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-styled matter was referred to the Honorable Caroline M. Craven, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Craven conducted a hearing on November 20, 2018, in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation (document #126). Judge Craven recommended that the Court accept Defendant's guilty plea and conditionally approve the plea agreement. She further recommended that the Court finally adjudge Defendant as guilty of Count 1 of the Information, which charges a violation of 21 U.S.C. §843(b) use of a communication facility to facilitate the commission of a felony. The Court is of the opinion that the Report and Recommendation should be accepted. It is accordingly **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (document #126) is **ADOPTED.** It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court. Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report. It is finally

**ORDERED** that, pursuant to the Defendant's plea agreement, the Court finds the Defendant **GUILTY** of Count 1 of the Information in the above-numbered cause and enters a **JUDGMENT**

**OF GUILTY** against the Defendant as to Count 1 of the Information.

**So ORDERED and SIGNED this 26th day of November, 2018.**

*[Signature: Robert W Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE